IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

KATY INDUSTRIES, INC., *et al.*,

Debtor.

Case No. 17-11101-KJC
Chapter 11

Related to Doc. No. 368, 381 & 396

(Jointly Administered)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

Creditor, Toyota Industries Commercial Finance, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated August 25, 2017, and Amended Notice of Motion and Amended Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated September 6, 2017, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of Toyota Industries Commercial Finance, by its counsel, McCabe Weisberg & Conway, PC, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, Toyota Industries Commercial Finance, to obtain possession and dispose of its Forklifts:

<u>Lease I</u>

one (1) Forklift Model 8FGCU15 – Serial No. 18222

<u>Lease II</u>

one (1) Forklift Model 8FGCU15 - Serial No. 19898
one (1) Forklift Model 8FGCU15 – Serial No. 19880

one (1) Forklift Model 8FGCU15 – Serial No. 19886
one (1) Forklift Model 8FGCU15 – Serial No. 19876
one (1) Forklift Model 8FGCU15 – Serial No. 19892

Lease III

one (1) Forklift Model 8FGCU15 – Serial No. 19852
one (1) Forklift Model 8FGCU15 – Serial No. 19851

Lease IV

one (1) Forklift Model 8FGCU15 – Serial No. 32210
one (1) Forklift Model 8FGCU15 – Serial No. 32179

Lease V

one (1) Forklift Model 8FGCU15 – Serial No. 32200
one (1) Forklift Model 8FGCU15 – Serial No. 32157
one (1) Forklift Model 8FGCU15 – Serial No. 32158

Lease VI

one (1) Forklift Model 8FGCU15 – Serial No. 38832

Lease VII

one (1) Forklift Model 8FGCU15 – Serial No. 32152

Lease VIII

one (1) Forklift Model 8FGCU15 – Serial No. 32159
one (1) Forklift Model 8FGCU15 – Serial No. 32169
one (1) Forklift Model 8FGCU15 – Serial No. 32146
one (1) Forklift Model 8FGCU15 – Serial No. 32160

Lease IX

one (1) Forklift Model 7FBEU15 – Serial No. 28751

Lease X

one (1) Forklift Model 8FGU18 – Serial No. 61106

Lease XI

one (1) Forklift Model 8FGCU15 – Serial No. 34534

and it is further

ORDERED, that Toyota Industries Commercial Finance shall provide notice of any surplus to the Trustee promptly after the Forklifts are disposed of.

_____  9-18-17
Hon. Kevin J. Carey
United States Bankruptcy Judge
District of Delaware