IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 17-11101 (KJC) |
| KATY INDUSTRIES, INC., *et al.*[1] | : | (Jointly Administered) |
| | | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF KATY INDUSTRIES, INC., *et al.*, | : | D.I. 398 |
| | : | |
| Plaintiff | : | Adversary Proc. No. 17-50937 (KJC) |
| | : | |
| v. | : | |
| | : | D.I. 2, 5 |
| VICTORY PARK CAPITAL ADVISORS LLC; VICTORY PARK MANAGEMENT, LLC; VPC SBIC I, L.P.; JANSAN ACQUISITION, LLC; and CHARLES ASFOUR, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 20th day of September, 2017, upon consideration of the Motion to File Under Seal the Adversary Complaint of the Official Committee of Unsecured Creditors Against Victory Park and Related Defendants (Adversary D.I. #2) (the "Motion") and the Objection of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: Katy Industries, Inc. (7589), Continental Commercial Products, LLC (3898), FTW Holdings, Inc., (7467), Fort Wayne Plastics, Inc. (7470), Wabash Holding Corp. (9908), Katy Teweh, Inc. (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677).

the United States Trustee to the Motion (the "Objection") (Adversary D.I. #5), but subject to this Court's September 15, 2017 Order entered in the main chapter 11 case (D.I. #398), it is hereby ORDERED that the Objection is SUSTAINED and the Motion is DENIED.

By the Court:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Patrick A. Jackson, Esquire[2]

---

[2] Counsel shall serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.