UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re; KII Liquidating Inc. (f/k/a In re Katy Industries, Inc.), et al.     Case No. 17-11101 (KJC)
Reporting Period: March 1 to March 31, 2018

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | YES | | |
| Certification of Bank Account Reconciliation | MOR-1a | YES | | |
| Schedule of Professional Fees Paid | MOR-1b | YES | | |
| Schedule of Bank Reconciliation | MOR-1c | YES | | |
| Statement of Operations | MOR-2 | YES | | |
| Balance Sheet | MOR-3 | YES | | |
| Status of Post-petition Debts and Certificate of Payroll Tax Deposits | MOR-4 | YES | | |
| Listing of aged post-petition accounts payable | MOR-4a | YES | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | YES | | |
| Debtor Questionnaire | MOR-5 | YES | | |

This Monthly Operating Report has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in theses chapter 11 cases and is in a format that the Debtors believe is acceptable to the Office of the United States Trustee. The financial information provided in this Monthly Operating Report is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited and is not prepared in accordance with general acceptable accounting principles in the United States.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor
April 23, 2018
_____
Date

_____
Signature of Joint Debtor
April 23, 2018
_____
Date

_____
Signature of Authorized Individual*
April 23, 2018
_____
Date

**Robert W. Zimmer**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

*Copies of the Bank Statements and cash disbursements journals are not included with this Monthly Operating Report due to the voluminous nature of these reports and are available upon reasonable request in writing to counsel of the Debtors.

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
:
In re:                                                        :    Chapter 11
:    Case No. 17-11101 (KJC)
    KII Liquidating Inc. (f/k/a Katy Industries,  :
    Inc.), *et al.*[1]                                 :    (Jointly Administered)
:
                       Debtors.  :    **Reporting Period: March 1 to March 31, 2018**
:
---------------------------------------------------------------- x

## GENERAL NOTES

**Description of the Chapter 11 Cases:**  On May 14, 2017 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the case caption *In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.*, Case No. 17-11101 (KJC) (Bankr. D. Del.) pursuant to an order entered by the Bankruptcy Court on May 16, 2017 [Dkt. No. 37].  On May 26, 2017, the Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") appointed seven members to the statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Dkt. No. 75].  On June 23, 2017, the U.S. Trustee held a meeting of creditors in the Debtors' chapter 11 cases pursuant to section 341 of the Bankruptcy Code, which was adjourned and continued to August 24, 2017.  At the conclusion of the continued 341 hearing, the U.S. Trustee further continued the 341 hearing to a later date.  On July 10, 2017, the Debtors filed their respective schedules of assets and liabilities and statements of financial affairs.

Also on the Petition Date, the Debtors filed a motion, seeking authority to sell substantially all of their assets (the "<u>Sale</u>") under section 363 of the Bankruptcy Code [Dkt. No. 18], which contemplated a sale of substantially all of the Debtors' assets to the stalking horse purchaser, Jansan Acquisition, LLC (the "<u>Stalking Horse Purchaser</u>"), subject to higher or otherwise better offers.  On June 19, 2017, the Bankruptcy Court entered an order, approving the stalking horse protections, the procedures related to assumption and assignment of certain executory contracts and unexpired leases under section 365 of the Bankruptcy Code, and the form and manner of

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are:  KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677).  The mailing address for each of the Liquidating Debtors listed above, solely for purposes of notices and communications, is 400 S. Hope Street, Suite 1050, Los Angeles, California 90071 (<u>Attn.</u>: Lawrence Perkins, Chief Restructuring Officer).

certain notices related to the Sale [Dkt. No. 163] (the "Bidding Procedures Order"). The Stalking Horse Purchaser submitted the only Qualified Bid (as defined in the Bidding Procedures Order), and on July 12, 2017, the Debtors announced that the Stalking Horse Purchaser was the Successful Bidder for the purchase of substantially all of the Debtors' assets [Dkt. No. 276]. On July 18, 2017, the Bankruptcy Court entered the order approving the Sale [Dkt. No. 295]. The Sale closed on July 21, 2017, and the Debtors are in the process of winding down their estates. (*See Notice of Closing of Sale of Substantially All of the Debtors' Assets*, Dkt. No. 314.)

Additional information about the Debtors' chapter 11 cases, court filings, and claims information is available at the Debtors' restructuring website: www.jndla.com/cases/katy.

**Debtors' Financial Statements:**   The financial statements and supplemental information contained in this Monthly Operating Report are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

Financial Accounting Standards Board Accounting Standards Codification 852 (Reorganizations) ("ASC 852"), which is applicable to companies in chapter 11, requires that financials for periods after the filing of a chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business. The financial statements have been prepared in accordance with ASC 852. The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that financial information could be subject to change that can be material. The Debtors, however, are not required to update this Monthly Operating Report to reflect more current facts or estimates, or upon the occurrences of future events, including if the facts, estimates, or assumptions upon which this Monthly Operating Report is based change. The information furnished in this Monthly Operating Report includes preliminary normal recurring adjustments.

There can be no assurance that the consolidated financial information presented in this Monthly Operating Report is complete, and readers are strongly cautioned not to place reliance on this Monthly Operating Report, which was not prepared for the purpose of providing the basis for an investment decision relating to any of the securities of the Debtors.

The results of operations contained in this Monthly Operating Report are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect operations, financial position, or cash flows of the Debtors in the future. The Debtors do not make any representation to any person regarding the Debtors' future results.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.

**Fiscal Year:**  The Company operates and reports using a 4-4-5 fiscal year which always ends on December 31.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re KII Liquidating Inc. (f/k/a Katy
Industries Inc.), et al.
    Debtors

Case No. 17-11101 (KJC)
Reporting Period: March 1 to March 31, 2018

SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

### LEGAL ENTITIES

| | KII Liquidating Inc. | ComPro Liquidating LLC | FWPI Liquidating Inc. | Total | Cumulative from Petition Date |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 699,931 | $ 1,466,991 | $ - | $ 2,166,922 | $ 2,004,973 |
| **RECEIPTS** | | | | | |
| COLLECTIONS OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ 12,275,079 |
| DIP LOAN PROCEEDS | 0 | 0 | 0 | 0 | 7,312,500 |
| CASH COLLATERAL PROCEEDS, NET | 0 | 0 | 0 | 0 | (3,447,583) |
| SALE OF ASSETS | 0 | 0 | 0 | 0 | 1,723,856 |
| OTHER | 0 | 0 | 0 | 0 | 1,026,761 |
| CASH COLLECTED ON BEHALF OF THE BUYER | 0 | 0 | 0 | 0 | 8,450,889 |
| CASH TRANSFERRED TO BUYER | 0 | - | - | - | (9,347,268) |
| TRANSFERS FROM/(TO) DIP ACCTS | | 0 | | 0 | 0 |
| TRANSFERS TO/(FROM) ComPro Liq., LLC | 0 | - | 0 | 0 | 25,400 |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - | $ 18,019,635 |
| **DISBURSEMENTS** | | | | | |
| INVENTORY & COMPONENTS | $ - | $ - | $ - | $ - | $ 4,628,680 |
| PAYROLL & TAXES | 0 | 0 | 0 | 0 | 2,763,665 |
| TEMPORARY SERVICES | 0 | 0 | 0 | 0 | 116,712 |
| EMPLOYEE BENEFITS | 5,264 | 0 | 0 | 5,264 | 671,970 |
| RENTS | 0 | 0 | 0 | 0 | 444,319 |
| UTILITIES | 0 | 0 | 0 | 0 | 562,838 |
| FREIGHT & LOGISTICS | 0 | 0 | 0 | 0 | 947,827 |
| LEASES | 0 | 0 | 0 | 0 | 28,492 |
| COMMISSIONS | 0 | 0 | 0 | 0 | 45,783 |
| SUPPLIES & OTHER | 0 | 0 | 0 | 0 | 772,561 |
| GENERAL INSURANCE | 0 | 0 | 0 | 0 | 708,917 |
| OTHER | 0 | 0 | 0 | 0 | 283,850 |
| PRE-PETITION CLAIMS | 0 | 0 | 0 | 0 | 990,248 |
| INTEREST & FEES | 0 | 0 | 0 | 0 | 233,180 |
| TAXES | 0 | 0 | 0 | 0 | 5,000 |
| | $ 5,264 | $ - | $ - | $ 5,264 | $ 13,204,042 |
| PROFESSIONAL FEES-Schedule Attached | 34,896 | 0 | 0 | 34,896 | 4,638,226 |
| U.S. TRUSTEE QUARTERLY FEES | 0 | 0 | 0 | 0 | 55,579 |
| COURT COSTS | 0 | 0 | 0 | 0 | 0 |
| **TOTAL DISBURSEMENTS** | $ 40,160 | $ - | $ - | $ 40,160 | $ 17,897,847 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $ (40,160) | $ - | $ - | $ (40,160) | 121,788 |
| **CASH - END OF MONTH** | $ 659,771 | $ 1,466,991 | $ - | $ 2,126,762 | $ 2,126,761 |
| TOTAL DISBURSEMENTS | | | | $ 40,160 | 17,890,722 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | | | | 0 | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | | | 0 | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | | | | $ 40,160 | $ 17,890,722 |

All other debtors listed in footnote 1 of this Monthly Operating Report but not reflected on this Schedule of Cash Receipts and Disbursements
are inactive entities and, thus, have no receipts or disbursements.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.

    **Debtors**

Case No. 17-11101 (KJC)

**Reporting Period: March 1 to March 31, 2018**

## CONSOLIDATING SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| BANK | RABOBANK | | | BMO Harris | Total |
|---|---|---|---|---|---|
| ACCOUNT NO | 1166 | 1167 | 1169 | 8357 | |
| ACCOUNT NAME | Professional Fee Escrow | DIP Account | 503(b)(9) | Accounts Payable | |
| **CASH BEGINNING OF MONTH** | $ 99,931 | $ - | $ 600,000 | $ - | $ 699,931 |
| **RECEIPTS** | | | | | |
| COLLECTIONS OF ACCOUNTS RECEIVABLE | | | | | 0 |
| DIP LOAN PROCEEDS | | | | | 0 |
| CASH COLLATERAL PROCEEDS | | | | | 0 |
| SALE OF ASSETS | | | | | 0 |
| OTHER (ATTACH LIST) | | | | | 0 |
| TRANSFERS (To)/From CCP | 0 | | | 0 | 0 |
| Transfers From DIP Account | | | | | 0 |
| TRANSFERS FROM/(TO) DIP ACCTS | 0 | 0 | | | 0 |
| | | | | | 0 |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | | | |
| INVENTORY & COMPONENTS | | | | | 0.00 |
| PAYROLL & TAXES | | | | | 0 |
| TEMPORARY SERVICES | | | | | 0 |
| EMPLOYEE BENEFITS | 5,264 | | | | 5,264 |
| RENTS | | | | | 0 |
| UTILITIES | | | | | 0 |
| FREIGHT & LOGISTICS | | | | | 0 |
| LEASES | | | | | 0 |
| COMMISSIONS | | | | | 0 |
| SUPPLIES & OTHER | | | | | 0 |
| GENERAL INSURANCE | 0 | | | | 0 |
| OTHER (ATTACH LIST) | 0 | | | | 0 |
| PRE-PETITION CLAIMS | | | | | 0 |
| INTEREST & FEES | | | | | 0 |
| TAXES | | | | | 0 |
| | $ 5,264 | $ - | $ - | $ - | $ 5,264 |
| PROFESSIONAL FEES-Schedule Attached | $ 34,896 | | | | 34,896 |
| U.S. TRUSTEE QUARTERLY FEES | 0 | | | | 0 |
| COURT COSTS | | | | | 0 |
| **TOTAL DISBURSEMENTS** | $ 40,160 | $ - | $ - | $ - | $ 40,160 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $ (40,160) | $ - | $ - | $ - | $ (40,160) |
| **CASH - END OF MONTH** | $ 59,771 | Account Closed | | Account Closed | $ 659,771 |

**Other Disbursements**

    **0**

| | | | |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.
    Debtors

Case No. 17-11101 (KJC)
Reporting Period: March 1 to
March 31, 2018

## CONSOLIDATING SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| BANK | BMO Harris | | | Total |
|---|---|---|---|---|
| ACCOUNT NO | 8892 | 8224 | 2407 | |
| ACCOUNT NAME | Lockbox | Operating | Cash Collateral | |
| CASH BEGINNING OF MONTH | $ - | $ - | $ 1,466,991 | $ 1,466,991 |
| **RECEIPTS** | | | | |
| COLLECTIONS OF ACCOUNTS RECEIVABLE | | | | 0 |
| CASH COLLECTED ON BEHALF OF THE BUYER | | | | 0 |
| CASH TRANSFERRED TO BUYER | | | | 0 |
| TRANSFERS FROM DIP ACCOUNT | | | | 0 |
| CASH COLLATERAL PROCEEDS | | | | 0 |
| SALE OF ASSETS | | | | 0 |
| OTHER (ATTACH LIST) | | | | 0 |
| FUNDS TRANSFER -OPERATING ACCOUNT | | | | 0 |
| FUNDS TRANSFER-Cash Collateral | | | | 0 |
| | | | | 0 |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | | |
| INVENTORY & COMPONENTS | | | | $ - |
| PAYROLL & TAXES | | | | 0 |
| TEMPORARY SERVICES | | | | 0 |
| EMPLOYEE BENEFITS | | | | 0 |
| RENTS | | | | 0 |
| UTILITIES | | | | 0 |
| FREIGHT & LOGISTICS | | | | 0 |
| LEASES | | | | 0 |
| COMMISSIONS | | | | 0 |
| SUPPLIES & OTHER | | | | 0 |
| GENERAL INSURANCE | | | | 0 |
| OTHER (ATTACH LIST) | | | | - |
| PRE-PETITION CLAIMS | | | | 0 |
| INTEREST & FEES | | | | 0 |
| | $ - | $ - | $ - | $ - |
| PROFESSIONAL FEES-Schedule Attached | | | | $0 |
| U.S. TRUSTEE QUARTERLY FEES | | | | 0 |
| COURT COSTS | | | | 0 |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ - |
| **NET CASH FLOW** | $ - | $ - | $ - | $ - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | |
| | Account | Account | | |
| **CASH - END OF MONTH** | Closed | Closed | $ 1,466,991 | $ 1,466,991 |
| **OTHER RECEIPTS** | | | | |
| Insurance Refunds | | $ - | | $ - |
| Professional Fee Reimbursement | | | | - |
| Utility Deposit Refunds | | | | - |
| Retiree Medical Co-Insurance Receipts | | | | - |
| | $ - | $ - | | $ - |
| **OTHER DISBURSEMENTS** | | | | |
| Shareholder Services | | | | - |
| Directors Fees | | | | - |
| | $ - | $ - | | $ - |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.

Case No. 17-11101 (KJC)

Debtors

Reporting Period: March 1 to March 31, 2018

## CONSOLIDATING SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| BANK | BMO Harris | Total |
|---|---|---|
| ACCOUNT NO | 1654 | |
| | | |
| ACCOUNT NAME | Lockbox | |
| | | |
| **CASH BEGINNING OF MONTH** | $0 | $0 |
| | | |
| **RECEIPTS** | | |
| COLLECTIONS OF ACCOUNTS RECEIVABLE | | $0 |
| CASH COLLECTED ON BEHALF OF THE BUYER | | 0 |
| CASH TRANSFERRED TO BUYER | | 0 |
| DIP LOAN PROCEEDS | | 0 |
| TRANSFER TO CASH COLLATERAL | | 0 |
| SALE OF ASSETS | | 0 |
| OTHER (ATTACH LIST) | | 0 |
| TRANSFERS FROM/(TO) OPERATING ACCT | | 0 |
| TRANSFERS FROM CCP | | 0 |
| **TOTAL RECEIPTS** | $0 | $0 |
| | | |
| **DISBURSEMENTS** | | |
| INVENTORY & COMPONENTS | | $0 |
| PAYROLL & TAXES | | 0 |
| TEMPORARY SERVICES | | 0 |
| EMPLOYEE BENEFITS | | 0 |
| RENTS | | 0 |
| UTILITIES | | 0 |
| FREIGHT & LOGISTICS | | 0 |
| LEASES | | 0 |
| COMMISSIONS | | 0 |
| SUPPLIES & OTHER | | 0 |
| GENERAL INSURANCE | | 0 |
| OTHER (ATTACH LIST) | | 0 |
| PRE-PETITION CLAIMS | | 0 |
| INTEREST & FEES | | 0 |
| | $0 | $0 |
| PROFESSIONAL FEES-Schedule Attached | | 0 |
| U.S. TRUSTEE QUARTERLY FEES | | 0 |
| COURT COSTS | | 0 |
| **TOTAL DISBURSEMENTS** | $0 | $0 |
| | | |
| NET CASH FLOW | $0 | $0 |
| (RECEIPTS LESS DISBURSEMENTS) | Account | |
| **CASH - END OF MONTH** | Closed | $0 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al. | Case No. 17-11101 (KJC) |
| **Debtors** | Reporting Period: March 1 to March 31, 2018 |

## DECLARATION REGARDING THE STATUS OF BANK RECONCILIATIONS OF THE DEBTORS

Robert W. Zimmer hereby declares under penalty of perjury:

1.     I am the Chief Financial Officer of KII Liquidating Inc. (f/k/a Katy Industries, Inc.), one of the debtors in these chapter 11 cases (the "<u>Debtors</u>"). In that capacity, I am familiar with the day-to-day operations, business affairs and books and records of the Debtors. I am authorized to submit this Declaration on behalf of the Debtors.

2.     All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth based on such personal knowledge, review of documents, discussions with other employees of the Debtors, or opinion.

3.     To the best of my knowledge, the Debtors' bank balance as of March 31, 2018, have been reconciled in an accurate and timely manner.

Dated: April 23, 2018     Respectfully submitted,

By: Robert W. Zimmer
Title: Chief Financial Officer

**In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.**
**Debtors**

Case No. 17-11101 (KJC)
Reporting Period: Inception to March 31, 2018

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|
| DLA Piper LLP | | | | | | | $ 1,946,627 | $ 107,927 |
| Emerald Capital Advisors, LLC | | | | | | | $ 203,453 | $ 2,185 |
| Lincoln International LLC | | | | | | | $ 975,000 | $ 15,609 |
| Sierra Constellation Partners LLC | | | | | | | $ 507,403 | $ 36,784 |
| Sitrick and Company | | | | | | | $ 29,580 | $ 3,679 |
| JND Corporate Restructuring | March-18 | KII Liquidating, Inc | Wire | 7/16/1995 | 7,477 | 27,420 | | |
| JND Corporate Restructuring | | | | | | | $ 202,943 | $ 98,544 |
| Drinker Biddle | | | | | | | 493,902 | 14,595 |
| | | | | | $ - | $ 34,896 | $4,358,907 | $ 279,323 |
| | | | | | | | $ 4,638,230 | |

FORM MOR-1
(04/07)

FORM MOR-1
(04/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.

**Debtors**

Case No. 17-11101 (KJC)

Reporting Period:  March 31,,2018

## Schedule of Bank Reconciliations

| Company | Bank | Account Number | Account Name | Balance per Bank | Less - Outstanding Checks | Other Items Amount | Balance per General Ledger |
|---|---|---|---|---|---|---|---|
| **KII Liquidating, Inc.** | | | | | | | |
| | Rabobank | 1166 | Professional Fee Escrow | $ 59,771 | $ 12,025 | | $ 47,746 |
| | Rabobank | 1167 | DIP Account | | | Account Closed | |
| | Rabobank | 1168 | Utility Escrow | | | Account Closed | |
| | Rabobank | 1169 | 503(b)(9) | 600,000 | | | 0 |
| | | | | $ 659,771 | $ 12,025 | $ - | $ 47,746 |
| | BMO Harris | 9460 | UMR Insurance | | | Account Closed | |
| | BMO Harris | 8357 | Accounts Payable | | | Account Closed | |
| | | | | $ - | $ - | $ - | $ - |
| | | | | $ 659,771 | $ 12,025 | $ - | $ 47,746 |
| **ComPro Liquidating, LLC.** | | | | | | | |
| | BMO Harris | 8224 | Operating Account | 1,466,991 | | Account Closed | 1,466,991 |
| | BMO Harris | 2407 | Cash Collateral | | | | |
| | BMO Harris | 8892 | Lockbox | | | Account Closed | |
| | BMO Harris | 8918 | Accounts Payable | | | Account Closed | |
| | BMO Harris | 9386 | Payroll | | | Account Closed | |
| | BMO Harris | 9394 | Accounts Payable | | | Account Closed | |
| | BMO Harris | 9452 | Payroll | | | Account Closed | |
| | | | | $ 1,466,991 | $ - | $ - | $ 1,466,991 |
| **FWPI Liquidating, Inc.** | | | | | | | |
| | BMO Harris | 1639 | Operating Account | | | Account Closed | |
| | BMO Harris | 1654 | Lockbox | | | Account Closed | |
| | BMO Harris | 1670 | Accounts Payable | | | Account Closed | |
| | Petty Cash | | | | | | |
| | | | | $ - | $ - | $ - | $ - |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.**

**Debtors**                     **Reporting Period: March 1 to March 31, 2018**

## CONSOLIDATED STATEMENT OF OPERATIONS (Unaudited)

| REVENUES | Period | | Cumulative Filing to Date | |
|---|---|---|---|---|
| Net sales | $ | - | $ | 13,084,117 |
| Cost of Goods Sold | | 0 | | 11,919,486 |
| Gross Margin | $ | - | $ | 1,164,631 |
| Selling & Administration | | | | |
| Selling Expenses | $ | - | $ | 625,166 |
| Administrative Expenses | | 5,264 | | 1,888,590 |
| Total Selling & Administrative Expense | $ | 5,264 | $ | 2,513,756 |
| Operating Profit/(Loss) | $ | (5,264) | $ | (1,349,125) |
| Non-operating (Income)/expense | | | | |
| Interest Expense | $ | - | $ | 1,890,265 |
| Interest Income | | 0 | | (4,217) |
| Other (Income)/Expense | | 0 | | (4,935) |
| Total non-operating | $ | - | $ | 1,881,113 |
| Net Profit (Loss) Before Reorganization Items | $ | (5,264) | $ | (3,230,238) |
| REORGANIZATION ITEMS | | | | |
| Professional Fees | $ | 34,896 | $ | 4,542,989 |
| U. S. Trustee Quarterly Fees | | 0 | | 67,600 |
| Gain (Loss) from Sale of Equipment | | 0 | | 19,818,387 |
| Other Reorganization Expenses | | 0 | | 756,611 |
| Total Reorganization Expenses | $ | 34,896 | $ | (14,451,187) |
| Pre-Tax Income/(loss) | $ | (40,160) | $ | 11,220,949 |
| Income Taxes | | 0 | | 5,000 |
| Net Income/(Loss) | $ | (40,160) | $ | 11,215,949 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.**
    Debtors

Case No. 17-11101 (KJC)
Reporting Period: March 1 to March 31, 20018

CONSOLIDATING STATEMENT OF OPERATIONS

| | Consolidated | Eliminations | 17-11101 KII Liquidating Inc. | 17-11102 ComPro Liquidating LLC | See MOR-2b Consolidated FTWH Liquidating Inc. | See MOR-2c Inactive Subsidiaries |
|---|---|---|---|---|---|---|
| Case No: | | | | | | |
| **REVENUES** | | | | | | |
| Net Sales | $ - | | $ - | $ - | $ - | $ - |
| Cost of Goods Sold | 0 | | 0 | 0 | 0 | 0 |
| **Gross Margin** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Selling & Administration** | | | | | | |
| Selling expense | $ - | | | $ - | $ - | $ - |
| Administrative Expense | 5,264 | | 5,264 | 0 | 0 | 0 |
| Total Selling & Administrative Expense | $ 5,264 | $ - | $ 5,264 | $ - | $ - | $ - |
| **Operating Profit/(Loss)** | $ (5,264) | $ - | $ (5,264) | $ - | $ - | $ - |
| **Non-operating (Income)/expense** | | | | | | |
| Interest Expense | $ - | | $ - | $ - | $ - | $ - |
| Interest Income | 0 | | | | 0 | 0 |
| Other (Income)/Expense | 0 | | | 0 | 0 | 0 |
| Total non-operating | 0 | 0 | 0 | 0 | $ - | $ - |
| Net Profit (Loss) Before Reorganization Items | $ (5,264) | $ - | $ (5,264) | $ - | $ - | $ - |
| **REORGANIZATION ITEMS** | | | | | | |
| Professional Fees | $ 34,896 | | $ 34,896 | | $ - | $ - |
| U. S. Trustee Quarterly Fees | | | 0 | | 0 | 0 |
| Gain (Loss) from Sale of Assets | $ - | | | | $ - | 0 |
| Other Reorganization Expenses | 0 | | | 0 | 0 | 0 |
| Total Reorganization/(income) Expenses | $ 34,896 | $ - | $ 34,896 | $ - | $ - | $ - |
| Pre-Tax Income/(Loss) | $ (40,160) | $ - | $ (40,160) | $ - | $ - | $ - |
| Income Taxes | 0 | | 0 | 0 | 0 | 0 |
| Net Income/(Loss) | $ (40,160) | $ - | $ (40,160) | $ - | $ - | $ - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.          Case No. 17-11101 (KJC)
  Debtors                                    Reporting Period: March 1 to March 31, 20018

**CONSOLIDATING STATEMENT OF OPERATIONS-FTWH LIQUIDATING, INC. & SUBSIDIARY**

| Case No: | Consolidated FTWH Liquidating Inc. | Eliminations | 17-11103 FTWH Liquidating Inc. | 17-11104 FWPI Liquidating Inc. |
|---|---|---|---|---|
| **REVENUES** | | | | |
| Net Sales | $ - | $ - | $ - | $ - |
| Cost of Sales | 0 | 0 | 0 | 0 |
| **Gross Margin** | $ - | $ - | $ - | $ - |
| **Selling & Administration** | | | | |
| Selling Expense | $ - | | | $ - |
| Administrative Expense | 0 | | | 0 |
| **Total Selling & Administrative Expense** | $ - | $ - | $ - | $ - |
| **Operating Profit/(Loss)** | $ - | $ - | $ - | $ - |
| **Non-operating (Income)/expense** | | | | |
| Interest Expense | $ - | | | |
| Interest Income | 0 | | | |
| Other (Income)/Expense | 0 | | | 0 |
| **Total non-operating** | $ - | $ - | $ - | $ - |
| Net Profit (Loss) Before Reorganization Items | $ - | $ - | $ - | $ - |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | $ - | | | |
| U. S. Trustee Quarterly Fees | 0 | | | |
| Gain (Loss) from Sale of Equipment | 0 | | | 0 |
| Other Reorganization Expenses | 0 | | | |
| **Total Reorganization Expenses** | $ - | $ - | $ - | $ - |
| Pre-Tax Income/(Loss) | $ - | $ - | $ - | $ - |
| Income Taxes | 0 | 0 | 0 | 0 |
| **Net Income/(Loss)** | $ - | $ - | $ - | $ - |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case No. 17-11101 (KJC)
Reporting Period: March 1 to March 31, 2018

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.
Debtors

CONSOLIDATING STATEMENT OF OPERATIONS-INACTIVE SUBSIDIARIES

| Case No: | Inactive Subsidiaries | 17-11105 Wabash Holding Corp | 17-11106 KTI Liquidating, Inc. | 17-11107 WII, Inc. | 17-11108 TTI Holdings, Inc. | 17-11109 GCW, Inc. | 17-11110 Hermann Lowenstein Inc. | 17-11111 American Gage & Machine Company | 17-11112 WP Liquidating Corp | 17-11113 Ashford Holding Corp | 17-11114 HPM, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | |
| Net Sales | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| **COST OF GOODS SOLD** | | | | | | | | | | | |
| Cost of Sales | 0 | 0 | 0 | 0 $ | 0 | | | | | | |
| Gross Margin | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| **Selling & Administration** | | | | | | | | | | | |
| Selling Expense | $  - | | | | | | | | | | |
| Administrative Expense | 0 | 0 | 0 | | 0 | | 0 | | | | |
| Total Selling & Administrative Expense | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Operating Profit/(Loss) | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| **Non-operating (Income)/expense** | | | | | | | | | | | |
| Interest Expense | $  0 | | | | | | | | | | |
| Interest Income | 0 | | | | | | | | | | |
| Other (Income)/Expense | | | | | | | | | | | |
| Total non-operating | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Net Profit (Loss) Before Reorganization Items | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| **REORGANIZATION ITEMS** | | | | | | | | | | | |
| Professional Fees | $  - | | | | | | | | | | |
| U. S. Trustee Quarterly Fees | 0 | | | | | | | | | | |
| Gain (Loss) from Sale of Equipment | 0 | | | | | | | | | | |
| Other Reorganization Expenses | 0 | | | | | | | | | | |
| Total Reorganization Expenses | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Pre-Tax Income/(Loss) | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Net Income/(Loss) | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |

FORM MOR-1 (3/4/07)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.

**Debtors**                                                    Reporting Period: March 31, 2018

CONSOLIDATED BALANCE SHEET (Unaudited)

| | | March 31, 2018 | | Prior Period | | Petition Date |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents | $ | 2,114,737 | $ | 2,154,897 | $ | 2,004,972 |
| Accounts Receivable (Net) | | 0 | | 0 | | 7,879,871 |
| Notes Receivable | | 0 | | 0 | | 0 |
| Inventories, net | | 0 | | 0 | | 6,711,037 |
| Prepaid Expenses | | 0 | | 0 | | 414,869 |
| Net Inter-company accounts | | 972,883 | | 972,883 | | 174,499 |
| Other Current Assets | | 0 | | 0 | | 580,435 |
| *TOTAL CURRENT ASSETS* | $ | 3,087,620 | $ | 3,127,780 | $ | 17,765,683 |
| **PROPERTY AND EQUIPMENT** | | | | | | |
| Land and improvements | $ | - | $ | - | $ | 285,129 |
| Buildings and improvements | | 0 | | 0 | | 6,897,720 |
| Machinery and equipment | | 0 | | 0 | | 44,706,564 |
| Less Accumulated Depreciation | | 0 | | 0 | | (36,533,567) |
| *TOTAL PROPERTY & EQUIPMENT* | $ | - | $ | - | $ | 15,355,846 |
| **OTHER ASSETS** | | | | | | |
| Goodwill, net | $ | - | $ | - | $ | 24,318,535 |
| Lease Deposits | | 0 | | 0 | | 200,449 |
| Notes Receivable | | 631,995 | | 631,995 | | 608,519 |
| Other intangible assets, net | | 0 | | 0 | | 7,785,688 |
| Investment in unconsolidated subsidiaries | | 2,164,931 | | 2,164,931 | | 18,966,005 |
| *TOTAL OTHER ASSETS* | $ | 2,796,926 | $ | 2,796,926 | $ | 51,879,196 |
| **TOTAL ASSETS** | $ | 5,884,546 | $ | 5,924,706 | $ | 85,000,725 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re KII Liquidating  Inc. (f/k/a Katy Industries, Inc.), et al.
**Debtors**                                              Reporting Period: March 31, 2018

## CONSOLIDATED BALANCE SHEET (Unaudited)

| | | March 31, 2018 | | Prior Period | | Petition Date |
|---|---|---|---|---|---|---|
| **LIABILITIES AND OWNER EQUITY** | | | | | | |
| *LIABILITIES* | | | | | | |
| *Current Liabilities* | | | | | | |
| Accounts Payable - Pre-Petition | $ | 19,438,722 | $ | 19,438,723 | $ | 21,369,781 |
| Accounts Payable - Post Petition | | | | | | 0 |
| Accrued Expenses | | 1,161,079 | | 1,161,079 | | 7,169,231 |
| Accrued Compensation | | 0 | | 0 | | 657,737 |
| Accrued Interest | | 0 | | 0 | | 52,885 |
| *TOTAL CURRENT LIABILITIES* | $ | 20,599,801 | $ | 20,599,802 | $ | 29,249,634 |
| *SECURED DEBT* | | | | | | |
| Revolver | $ | - | $ | - | $ | 13,019,108 |
| Senior Term Notes | | 0 | | 0 | | 6,510,000 |
| Subordinated Debt | | 0 | | 0 | | 36,718,401 |
| Capital Leases | | 0 | | 0 | | 351,447 |
| Shareholder Notes | | 330,355 | | 330,355 | | 321,168 |
| **Total Secured Debt** | $ | 330,355 | $ | 330,355 | $ | 56,920,124 |
| **NON-CURRENT LIABILITIES** | | | | | | |
| Post retirement benefits | $ | 49,982 | $ | 49,982 | $ | 1,203,156 |
| Deferred Compensation | | 470,703 | | 470,703 | | 499,624 |
| Deferred taxes | | 0 | | 0 | | 122,000 |
| GAAP Lease Obligations | | 0 | | 0 | | 5,843,111 |
| *TOTAL NON-CURRENT LIABILITIES* | $ | 520,685 | $ | 520,685 | $ | 7,667,891 |
| *TOTAL LIABILITIES* | $ | 21,450,841 | $ | 21,450,841 | $ | 93,837,649 |
| *SHAREHOLDERS EQUITY* | | | | | | |
| Convertible Preferred Stock | $ | 108,256,190 | $ | 108,256,190 | $ | 108,256,190 |
| Common Stock | | 9,822,204 | | 9,822,204 | | 9,822,204 |
| Additional Paid-In Capital | | 196,337,115 | | 196,337,115 | | 31,148,825 |
| Accumulated other comprehensive loss | | (651,660) | | (651,660) | | (651,660) |
| Retained Earnings - Pre-Petition | | (319,109,391) | | (319,109,391) | | (135,975,781) |
| Retained Earnings - Post-Petition | | 11,215,950 | | 11,256,110 | | 0 |
| Treasury Stock | | (21,436,703) | | (21,436,702) | | (21,436,702) |
| *TOTAL SHAREHOLDERS EQUITY* | $ | (15,566,295) | $ | (15,526,135) | $ | (8,836,924) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 5,884,546 | $ | 5,924,706 | $ | 85,000,725 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.                Case No. 17-11101 (KJC)
    Debtors

## CONSOLIDATING BALANCE SHEET (Unaudited)

As of   March 31, 2018

| | Consolidated | Eliminations | 17-11101 KII Liquidating Inc. | 17-11102 ComPro Liquidating Inc. | See MOR-3b Consolidated FTWH Liquidating Inc. | See MOR-3c Inactive Subsidiaries |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents | $ 2,114,737 | $ | $ 647,746 | $ 1,466,991 | $ - | $ - |
| Accounts Receivable (Net) | - | | | | - | - |
| Inventories, net | - | | | | 0 | - |
| Prepaid Expenses | - | | | | 0 | - |
| Net Inter-company accounts | 972,883 | 3,833,296 | (140,482,771) | 1,885,434 | 332,103 | 135,404,821 |
| Other Current Assets | - | | | | 0 | - |
| *TOTAL CURRENT ASSETS* | $ 3,087,620 | $ 3,833,296 | $ (139,835,025) | $ 3,352,425 | $ 332,103 | $ 135,404,821 |
| **PROPERTY AND EQUIPMENT** | | | | | | |
| Land and improvements | - | | | | - | - |
| Buildings and improvements | - | | | | - | - |
| Machinery and equipment | - | | | | - | - |
| Less Accumulated Depreciation | - | | | | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | $ - | $ - | $ - | $ - | $ - | $ - |
| **OTHER ASSETS** | | | | | | |
| Goodwill, net | $ - | $ | $ - | $ | $ - | $ - |
| Lease Deposits | - | | | | - | - |
| Notes Receivable | 631,995 | | | 631,995 | - | - |
| Other intangible assets, net | - | | | | - | - |
| Investment in unconsolidated subsidiaries | 2,164,931 | (136,147,134) | 138,312,065 | | - | - |
| *TOTAL OTHER ASSETS* | $ 2,796,926 | $ (136,147,134) | $ 138,312,065 | $ 631,995 | $ - | $ - |
| **TOTAL ASSETS** | $ 5,884,546 | $ (132,313,838) | $ (1,522,960) | $ 3,984,420 | $ 332,103 | $ 135,404,821 |

FORM MOR-1
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.          Case No. 17-11101 (KJC)
Debtors

## CONSOLIDATING BALANCE SHEET (Unaudited)

As of   March 31, 2018

| | Consolidated | Eliminations | 17-11101 KII Liquidating Inc. | 17-11102 ComPro Liquidating Inc. | See MOR-3b Consolidated FTWH Liquidating Inc. | See MOR-3c Inactive Subsidiaries |
|---|---|---|---|---|---|---|
| **LIABILITIES AND OWNER EQUITY** | | | | | | |
| *LIABILITIES* | | | | | | |
| *Current Liabilities* | | | | | | |
| Accounts Payable  Pre-Petition | $ 19,438,723 | $ - | $ 2,549,337 | $ 14,759,005 | $ 2,130,382 | $ - |
| Accounts Payable Post-Petition | - | | 0 | | - | - |
| Accrued Expenses | 1,161,078 | | 765,000 | - | - | 396,077 |
| Accrued Compensation | - | | | | - | - |
| Accrued Interest | - | | | | - | - |
| *TOTAL CURRENT LIABILITIES* | $ 20,599,801 | $ - | $ 3,314,337 | $ 14,759,005 | $ 2,130,382 | $ 396,077 |
| **Debt** | | | | | | |
| Revolver | $ - | | | | $ - | $ - |
| Senior Term Notes | 0 | | | | - | - |
| Subordinated Debt | - | | | | - | - |
| Capital Leases | - | | | | - | - |
| Shareholder Notes | 330,355 | | | 330,355 | - | - |
| **Total Debt** | $ 330,355 | $ - | 0 | $ 330,355 | $ - | $ - |
| **NON-CURRENT LIABILITIES** | | | | | | |
| Post retirement benefits | $ 49,982 | | | | $ - | $ 49,982 |
| Deferred Compensation | 470,703 | | 470,703 | | - | - |
| Deferred taxes | - | | | | - | - |
| GAAP Lease Obligations | - | | | | - | - |
| *TOTAL NON-CURRENT LIABILITIES* | $ 520,685 | $ - | $ 470,703 | $ - | $ - | $ 49,982 |
| *TOTAL LIABILITIES* | $ 21,450,840 | $ - | $ 3,785,039 | $ 15,089,360 | $ 2,130,382 | $ 446,059 |

FORM MOR-1
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.

Debtors

Case No. 17-11101 (KJC)

## CONSOLIDATING BALANCE SHEET (Unaudited)

As of   March 31, 2018

| | Consolidated | Eliminations | 17-11101 KII Liquidating Inc. | 17-11102 ComPro Liquidating Inc. | See MOR-3b Consolidated FTWH Liquidating Inc. | See MOR-3c Inactive Subsidiaries |
|---|---|---|---|---|---|---|
| *SHAREHOLDERS EQUITY* | | | | | | |
| Convertible Preferred Stock | $ 108,256,190 | $ (5,150,000) | 108,256,190 | $ - | $ - | $ 5,150,000 |
| Common Stock | 9,822,204 | (1,203,001) | 9,822,204 | - | 1 | 1,203,000 |
| Additional Paid-In Capital | 196,337,115 | (68,717,248) | 31,148,825 | 165,188,290 | 10,774,275 | 57,942,973 |
| Accumulated other comprehensive loss | (651,660) | | (80,944) | | | (570,716) |
| Retained Earnings - Pre-Petition | (319,109,391) | (57,243,589) | (103,687,774) | (228,335,363) | (781,848) | 70,939,183 |
| Retained Earnings - Post-Petition | 11,215,950 | | (29,329,798) | 52,042,133 | (11,790,707) | 294,322 |
| Treasury Stock | (21,436,702) | | (21,436,702) | | | - |
| *TOTAL SHAREHOLDERS EQUITY* | $ (15,566,294) | $ (132,313,838) | $ (5,307,999) | $ (11,104,940) | $ (1,798,279) | $ 134,958,762 |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 5,884,346 | $ (132,313,838) | $ (1,522,960) | $ 3,984,420 | $ 332,103 | $ 135,404,821 |

FORM MOR-I (04/07)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re KII Liquidating  Inc. (f/k/a Katy Industries, Inc.), et al.
Debtors

CONSOLIDATING BALANCE SHEET (Unaudited)
As of   March 31, 2018

| | Consolidated FTWH Liquidating, Inc. | Eliminations | 17-11103 FTWH Liquidating, Inc. | 17-11104 FWPI Liquidating, Inc. |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **CURRENT ASSETS** | | | | |
| Unrestricted Cash and Equivalents | $           - | | $           - | |
| Accounts Receivable (Net) | - | | | 0 |
| Inventories, net | - | | | 0 |
| Prepaid Expenses | - | | | 0 |
| Net Inter-company accounts | 332,103 | | | 332,103 |
| Other Current Assets | - | | | |
| *TOTAL CURRENT ASSETS* | $  332,103   $           - | | $           - | $  332,103 |
| **PROPERTY AND EQUIPMENT** | | | | |
| Land and improvements | $           - | | $           - | |
| Buildings and improvements | - | | | 0 |
| Machinery and equipment | - | | | - |
| Less Accumulated Depreciation | - | | | - |
| *TOTAL PROPERTY & EQUIPMENT* | $           -   $           - | | $           - | $           - |
| **OTHER ASSETS** | | | | |
| Goodwill, net | $           - | | $           - | |
| Lease Deposits | | | | |
| Notes Receivable | | | | |
| Other intangible assets, net | 0 | | | 0 |
| Investment in unconsolidated subsidiaries | 0 | (10,774,276) | 10,774,276 | |
| *TOTAL OTHER ASSETS* | $           -   $ (10,774,276) | $ | 10,774,276   $ | - |
| **TOTAL ASSETS** | $  332,103   $ (10,774,276) | $ | 10,774,276   $ | 332,103 |

| | Consolidating Fort Wayne Holdings, Inc. |
|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re KII Liquidating  Inc. (f/k/a Katy Industries, Inc.), et al.
Debtors

CONSOLIDATING BALANCE SHEET (Unaudited)
As of   March 31, 2018

| | Consolidated FTWH Liquidating, Inc. | Eliminations | 17-11103 FTWH Liquidating, Inc. | 17-11104 FWPI Liquidating, Inc. |
|---|---|---|---|---|
| **LIABILITIES AND OWNER EQUITY** | | | | |
| *LIABILITIES* | | | | |
| *Current Liabilities* | | | | |
| Accounts Payable  Pre-Petition | $ 2,130,382 | $ - | | $ 2,130,382 |
| Accounts Payable Post-Petition | 0 | | | Closed |
| Accrued Expenses | 0 | | | 0 |
| Accrued Compensation | 0 | | | 0 |
| Accrued Interest | 0 | | | |
| *TOTAL CURRENT LIABILITIES* | $ 2,130,382 | $ - | $ - | $ 2,130,382 |
| **NON-CURRENT LIABILITIES** | | | | |
| Deferred taxes | - | | | - |
| *TOTAL NON-CURRENT LIABILITIES* | $ - | $ - | $ - | $ - |
| *TOTAL LIABILITIES* | 2,130,382 | - | - | 2,130,382 |
| *SHAREHOLDERS EQUITY* | | | | |
| Convertible Preferred Stock | $ - | $ - | $ - | $ - |
| Common Stock | 1 | (0) | 1 | 0 |
| Additional Paid-In Capital | 10,774,275 | | 10,774,275 | |
| Accumulated other comphehensive loss | - | (10,774,276) | | 10,774,276 |
| Retained Earnings - Pre-Petition | (781,848) | | | (781,848) |
| Retained Earnings - Post-Petition | (11,790,707) | | | (11,790,707) |
| Treasury Stock | - | | | |
| *TOTAL SHAREHOLDERS EQUITY* | $ (1,798,279) | $ (10,774,276) | $ 10,774,276 | $ (1,798,279) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 332,103 | $ (10,774,276) | $ 10,774,276 | $ 332,103 |

Header over columns 2–5: **Consolidating Fort Wayne Holdings, Inc.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case No. 17-11101 (KJC)

In re KII Liquidating  Inc. (f/k/a Katy Industries, Inc.), et al.
Debtors

CONSOLIDATING BALANCE SHEET (Unaudited)
As of  March 31, 2018

| | Inactive Subsidiaries | Eliminations | 17-11105 Wabash Holding Corp | 17-11106 KTI Liquidating, Inc. | 17-11107 WII, Inc. | 17-11108 TTI, Holdings | 17-11109 GCW, Inc. | 17-11110 Hermann Lowenstein Inc. | 17-11111 American Gage & Machine Company | 17-11112 WPI Liquidating Corp | 17-11113 Ashford Holding Corp | 17-11114 HPAH, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **CURRENT ASSETS** | | | | | | | | | | | | |
| Unrestricted Cash and Equivalents | $ - | | | | | | | | | | | |
| Accounts Receivable (Net) | 0 | | | | | | | | | | | |
| Notes Receivable | 0 | | | | | | | | | | | |
| Inventories, net | 0 | | | | | | | | | | | |
| Prepaid Expenses | 0 | | | | | | | | | | | |
| Net Inter-company accounts | 135,404,821 | | 3,578,827 | (28,847,177) | 71,480,093 | 6,119,575 | 23,036,075 | - | 25,972,261 | (1,181,538) | 23,286,555 | 11,959,550 |
| Other Current Assets (attach schedule) | 0 | | | | | | | | | | | |
| *TOTAL CURRENT ASSETS* | 135,404,821 | | 3,578,827 | (28,847,177) | 71,480,093 | 6,119,575 | 23,036,075 | - | 25,972,261 | (1,181,538) | 23,286,555 | 11,959,550 |
| **PROPERTY AND EQUIPMENT** | | | | | | | | | | | | |
| Land and improvements | $ - | | | | | | | | | | | |
| Buildings and improvements | 0.00 | | | | | | | | | | | |
| Machinery and equipment | 0.00 | | | | | | | | | | | |
| Less Accumulated Depreciation | 0.00 | | | | | | | | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ - | | $ - | $ - | | | | | | | | |
| **OTHER ASSETS** | | | | | | | | | | | | |
| Goodwill, net | 0 | | | | | | | | | | | |
| Lease Deposits | | | | | | | | | | | | |
| Notes Receivable | | | | | | | | | | | | |
| Other intangible assets, net | 0 | | | | | | | | | | | |
| Investment in unconsolidated subsidiaries | 0 | (4,938,036) | | | 6,119,574 | | | | (1,181,538) | | | |
| *TOTAL OTHER ASSETS* | 0 | (4,938,036) | $ - | $ - | 6,119,574 | $ - | $ - | $ - | (1,181,538) | $ - | $ - | $ - |
| **TOTAL ASSETS** | 135,404,821 | (4,938,036) | 3,578,827 | (28,847,177) | 77,599,667 | 6,119,575 | 23,036,075 | - | 24,791,323 | (1,181,538) | 23,286,555 | 11,959,550 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case No. 17-11101 (KJC)

In re KII Liquidating Inc. (f/b/a Katy Industries, Inc.), et al.
Debtors

CONSOLIDATING BALANCE SHEET (Unaudited)
As of March 31, 2018

| | Inactive Subsidiaries | Eliminations | 17-11105 Wabash Holding Corp | 17-11106 KTI Liquidating, Inc. | 17-11107 WII, Inc. | 17-11108 TTI, Holdings | 17-11109 GCW, Inc. | 17-11110 Hermann Lowenstein Inc. | 17-11111 American Gage & Machine Company | 17-11112 WPI Liquidating Corp | 17-11113 Ashford Holding Corp | 17-11114 HPMI, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES AND OWNER EQUITY** | | | | | | | | | | | | |
| *LIABILITIES* | | | | | | | | | | | | |
| *Current Liabilities* | | | | | | | | | | | | |
| Accounts Payable | 0 | - | 0 | 0 | - | - | - | - | - | - | - | - |
| Accrued Expenses | 396,077 | | | | | | | | 396,077 | | | |
| Accrued Compensation | - | | | $ | | | | | | | | |
| Accrued Interest | - | | | | | | | | | | | |
| | $ - | | | | | | | | | | | |
| | $ - | | | | | | | | | | | |
| *TOTAL CURRENT LIABILITIES* | $ 396,077 | $ - | $ 0 | $ - | $ - | $ - | $ - | $ - | $ 396,077 | $ - | $ - | $ - |
| *DEBT* | | | | | | | | | | | | |
| Revolver | $ - | | | | | | | | | | | |
| Senior Term Notes | $ - | | | | | | | | | | | |
| Subordinated Debt | - | | | | | | | | | | | |
| Capital Leases | - | | | | | | | | | | | |
| Shareholder Notes | - | | | | | | | | | | | |
| Total Debt | - | - | 0 | | | | | | | | | |
| *NON-CURRENT LIABILITIES* | | | | | | | | | | | | |
| Post retirement benefits | 49,982 | | | | | | | | 49,982 | | | |
| Deferred Compensation | - | | | | | | | | | | | |
| Deferred taxes | - | | | | | | | | | | | |
| GAAP Lease Obligations | - | | | | | | | | | | | |
| *TOTAL NON-CURRENT LIABILITIES* | $ 49,982 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 49,982 | $ - | $ - | $ - |
| *TOTAL LIABILITIES* | $ 446,059 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 446,059 | $ - | $ - | $ - |
| *SHAREHOLDERS EQUITY* | | | | | | | | | | | | |
| Convertible Preferred Stock | $ 5,150,000 | | $ - | $ - | $ - | $ - | $ - | - | $ 2,650,000 | $ - | $ 2,500,000 | $ - |
| Common Stock | 1,203,000 | (590,000) | 1,000 | 1,000 | - | - | | | 200,000 | 500,000 | 1,000,000 | 1,000 |
| Additional Paid-In Capital | 57,942,973 | (7,782,135) | 6,134,902 | | 44,102,184 | 7,782,135 | | | 6,275,443 | | 1,236,128 | 194,716 |
| Accumulated other comprehensive loss | (570,716) | | (397,537) | | (56,432) | | | | | | | |
| Retained Earnings - Pre-Petition | 70,939,183 | 3,344,099 | (2,464,930) | (28,848,177) | 33,522,477 | (1,662,560) | (116,747) | | 15,219,821 | (1,681,538) | 18,550,427 | 11,763,834 |
| Retained Earnings - Post-Petition | 294,322 | | 305,792 | | 31,438 | | 23,195,730 | | | | | |
| Treasury Stock | | | | | | | (42,908) | | | | | |
| *TOTAL SHAREHOLDERS EQUITY* | $ 134,958,762 | $ (4,938,036) | $ 3,578,827 | $ (28,847,177) | $ 77,599,667 | $ 6,119,575 | $ 23,036,075 | - | $ 24,345,264 | $ (1,181,538) | $ 23,286,555 | $ 11,959,550 |
| *TOTAL LIABILITIES AND OWNERS' EQUITY* | $ 135,404,821 | $ (4,938,036) | $ 3,578,827 | $ (28,847,177) | $ 77,599,667 | $ 6,119,575 | $ 23,036,075 | - | $ 24,791,323 | $ (1,181,538) | $ 23,286,555 | $ 11,959,550 |

HRBH505R.1
(04/02)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et al.
    Debtors

Case No. 17-11101 (KJC)

Reporting Period: March 31, 2018

## SUMMARY OF UNDISPUTED UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable | | | | | | |
|   KII Liquidating, Inc. | $0 | $0 | $0 | $0 | $0 | $0 |
|   ComPro Liquidating, LLC | 0 | 0 | 0 | 0 | 0 | 0 |
|   FWPI Liquidating, Inc. | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Postpetition Debts** | $0 | $0 | $0 | $0 | $0 | $0 |

## Affidavit of the Chief Financial Officer concerning payment of payroll taxes

Robert W. Zimmer hereby declares under penalty of perjury:

1.    I am the Chief Financial Officer of KII Liquidating Inc. (f/k/a Katy Industries, Inc.), one of the debtors in these chapter 11 cases (the "Debtors"). In that capacity, I am familiar with the day-to-day operations, business affairs and books and records of the Debtors. I am authorized to submit this Declaration on behalf of the Debtors.

2.    All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth based on such personal knowledge, review of documents, discussions with other employees of the Debtors, or opinion.

3.    To the best of my knowledge, all payroll taxes either withheld from employees' or levied upon the Debtors' have been timely remitted to the appropriate taxing authority.

Dated:        April 23, 2018

Respectfully submitted,

By: Robert W. Zimmer
Title: Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re KII Liquidating, Inc. (f/k/a Katy Industries, Inc.), et al.

Debtors

Case No. 17-11101 (KJC)

Reporting Period: March 1 to March 31, 2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| | Consolidated | ComPro Liquidating, LLC | FWPI Liquidating, Inc. |
|---|---|---|---|
| **Accounts Receivable Reconciliation** | | | |
| **Total Accounts Receivable at the beginning of the reporting period** | 0 | 0 | 0 |
| + Amounts billed during the period | 0 | 0 | 0 |
| - Amounts collected during the period | 0 | 0 | 0 |
| +/- Adjustments-Sale of Assets | 0 | 0 | 0 |
| **Total Accounts Receivable at the end of the reporting period** | 0 | 0 | 0 |
| | | | |
| **Accounts Receivable Aging from invoice date** | | | |
| 0 - 30 days old | 0 | 0 | 0 |
| 31 - 60 days old | 0 | 0 | 0 |
| 61 - 90 days old | 0 | 0 | 0 |
| 91+ days old | 0 | 0 | 0 |
| **Total Accounts Receivable** | 0 | 0 | 0 |
| Amount considered uncollectible (Bad Debt) | 0 | 0 | 0 |
| **Accounts Receivable (Net)** | 0 | 0 | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes/No |
|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | No |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | No |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | Yes |

**U.S. Federal and certain state income tax returns for the year ending December 31, 2016 were due during the reporting period. The Debtors are in process of having the required tax returns prepared.**

| | |
|---|---|
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | No |

**The State of Missouri, Department of Labor and Industrial Relations, Division of Workers' Compensation has called a default and terminated the Debtors' self-insurance workers' compensation plan previously maintained in Missouri in accordance with this Court's interim order Dkt. No. 298.**

| | |
|---|---|
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | No |