IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         : Chapter 11
                                                               : Case No. 17-11101 (KJC)
    KII Liquidating Inc. (f/k/a Katy Industries,               : (Jointly Administered)
    Inc.), *et al.*,[1]                                        :
                    Debtors.                                   : **Obj. Deadline: February 4, 2019, at 4:00 p.m. (EST)**
                                                               :
---------------------------------------------------------------x

## NINTH COMBINED MONTHLY APPLICATION OF DLA PIPER LLP (US) FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE <u>PERIOD FROM APRIL 1, 2018, THROUGH NOVEMBER 29, 2018</u>

| | |
|---|---|
| Name of Applicants: | <u>DLA Piper LLP (US)</u> |
| Authorized to Provide Professional Services to: | <u>The Above-Captioned Debtors</u> |
| Date of Retention: | <u>June 16, 2017, *Nunc Pro Tunc* to May 14, 2017 (the "Petition Date")</u> |
| Period for which compensation and reimbursement are sought: | <u>April 1, 2018, through November 29, 2018</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$375,709.50 (80% of which is $300,567.60)</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$7,087.90</u> |
| This is a: | <u>  X  </u> monthly    ___ interim    ___ final application |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Liquidating Debtors listed above, solely for purposes of notices and communications, is 400 S. Hope Street, Suite 1050, Los Angeles, California 90071 (<u>Attn</u>: Lawrence Perkins, Chief Restructuring Officer).

**COMPENSATION BY DLA PIPER LLP (US)**
**PROFESSIONALS AND PARAPROFESSIONALS**
**APRIL 1, 2018, THROUGH NOVEMBER 29, 2018**

| Name of Professional Individual | Position, Practice Group, Year Obtained Relevant License to Practice, Year Assumed Position | Hours | Rate[2] | Amount |
|---|---|---|---|---|
| Lyons, John | Partner; Restructuring; Member of the Illinois Bar since 1989; Joined the Firm in 2016. | 86.20 | $1,090.00 | $ 93,958.00 |
|  |  | 11.50 | $545.00[3] | 6,267.50 |
| McKitterick, Nate | Partner; Corporate; Member of the California Bar since 1994; Joined the Firm in 2000. | 32.30 | $1,140.00 | 36,822.00 |
| Brown, Stuart M. | Partner; Restructuring; Member of the Delaware Bar since 1988; Member of the New Jersey Bar since 1988; Member of the Pennsylvania Bar since 2011; Joined the Firm in 2011. | 51.30 | $1,070.00 | 54,891.00 |
| Rosaluk, Oksana Koltko | Associate; Restructuring; Member of the Illinois Bar since 2010; Joined the Firm in 2011. | 139.80 | $795.00 | 111,141.00 |
| Nair, Tara | Associate; Restructuring; Member of the Illinois Bar since 2016; Joined the Firm in 2016. | 84.50 | $535.00 | 45,207.50 |
| Countryman, William Lee | Senior Paralegal; Restructuring; Joined the Firm in 2002. | 32.70 | $355.00 | 11,608.50 |
| Fox, Carolyn B. | Paralegal Specialist; Restructuring; Joined the Firm in 2011. | 40.40 | $285.00 | 11,514.00 |
| Ford, Jenny | Paralegal; Restructuring; Joined the Firm in 2018. | 6.00 | $280.00 | 1,680.00 |
| Lisko, Stephanie A. | Paralegal; Restructuring; Joined the Firm in 2017. | 3.70 | $280.00 | 1,036.00 |
| Grant, Derrell | Litigation Support Analyst; Litigation; Joined the Firm in 2014. | 4.80 | $330.00 | 1,584.00 |
| **TOTALS** |  | **493.20** |  | **$375,709.50** |

---

[2] Pursuant to the *Order Granting Application of Debtors, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016(b) and 6003 and Local Bankruptcy Rules 2014-1 and 2016-1, for an Order Authorizing Them to Retain and Employ DLA Piper LLP (US) as Counsel, Nunc Pro Tunc to the Petition Date* [Docket No. 156], DLA Piper's hourly rates have increased, effective January 1, 2018, in accordance with its established billing practices and procedures.

[3] Non-working travel billed at 50% of regularly billed rate.

EAST\158265837.5

## COMPENSATION BY PROJECT CATEGORY FOR DLA PIPER LLP (US)
## APRIL 1, 2018, THROUGH NOVEMBER 29, 2018

| Description | Hours | Amount |
|---|---:|---:|
| *Administration* | | |
| Case Administration (B110) | 7.90 | $ 2,249.50 |
| Creditor Inquiries (B112) | 0.30 | 238.50 |
| Asset Sales and Other Disposition of Assets (B130) | 1.50 | 1,192.50 |
| Adequate Protection/Relief From Stay (B140) | 14.70 | 11,754.00 |
| Court Hearings (B155) | 29.20 | 11,312.50 |
| Fee Applications (B170) | 76.10 | 38,029.50 |
| Litigation and Contested Matters (B190) | 177.90 | 149,927.50 |
| Non-Working Travel (B195) | 11.50 | 6,267.50 |
| *Operations* | | |
| Regulatory and SEC Matters (B200) | 1.30 | 1,033.50 |
| Business Operations/Strategic Planning (B210) | 27.10 | 22,766.50 |
| Financial Reports (Monthly Operating Reports & Schedules & Statements) (B211) | 12.90 | 8,214.00 |
| Employee Matters (B220) | 4.00 | 3,264.50 |
| Claims Administration and Objections (B310) | 5.60 | 4,296.00 |
| Plan and Disclosure Statement/Business Plans (B320) | 123.20 | 115,163.50 |
| **TOTAL** | **493.20** | **$375,709.50** |

EAST\158265837.5

**EXPENSE SUMMARY FOR DLA PIPER LLP (US)**
**APRIL 1, 2018, THROUGH NOVEMBER 29, 2018**

| Expense Category | Total Expenses |
|---|---|
| Delivery Services | $ 76.60 |
| Transcripts | 38.80 |
| Meals | 321.50 |
| Color Photocopying | 1,910.00 |
| Westlaw Charges | 1,595.36 |
| Duplicating | 220.80 |
| Hotel | 505.70 |
| Parking/Mileage Reimbursement | 180.00 |
| Air Fare | 1,496.00 |
| Car Rental | 101.08 |
| Court Costs (Telephonic Appearance) | 170.00 |
| Overtime Expenses | 54.06 |
| Data Storage | 418.00 |
| **TOTAL** | **$7,087.90** |

EAST\158265837.5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
: Case No. 17-11101 (KJC)
KII Liquidating Inc. (f/k/a Katy Industries, : (Jointly Administered)
Inc.), *et al.*,[1] :
: **Obj. Deadline: February 4, 2019, at 4:00 p.m. (EST)**
:
Debtors. :
--------------------------------------------------------------- x

## NINTH COMBINED MONTHLY APPLICATION OF DLA PIPER LLP (US) FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2018, THROUGH NOVEMBER 29, 2018

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 157] (the "Administrative Order"), DLA Piper LLP (US) ("DLA Piper") hereby files this *Ninth Combined Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses As Counsel to the Debtors for the Period from April 1, 2018, Through November 29, 2018* (the "Application"). By this Application, DLA Piper seeks allowance pursuant to the Administrative Order for the amounts of $375,709.50 as compensation and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Liquidating Debtors listed above, solely for purposes of notices and communications, is 400 S. Hope Street, Suite 1050, Los Angeles, California 90071 (Attn.: Lawrence Perkins, Chief Restructuring Officer).

$7,087.90 for reimbursement of actual and necessary expenses for a total of $382,797.40 for the period from April 1, 2018, through and including November 29, 2018 (the "Compensation Period"). In support of this Application, DLA Piper respectfully represents as follows:

## BACKGROUND

1. On May 14, 2017 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to be in possession of their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. DLA Piper was retained effective *nunc pro tunc* as of the Petition Date by this Court's *Order Granting Application of the Debtors, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016(b) and 6003 and Local Bankruptcy Rules 2014-1 and 2016-1, for an Order Authorizing Them to Retain and Employ DLA Piper LLP (US) As Counsel, Nunc Pro Tunc to the Petition Date*, dated June 16, 2017 [Docket No. 156] (the "Retention Order"). The Retention Order authorizes DLA Piper to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. On the same date, the Court entered the Administrative Order.

3. On May 26, 2017, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed seven members to the Official Committee of Unsecured Creditors (the "Committee"). On July 31, 2017, the U.S. Trustee appointed the committee of retired employees (the "Retiree Committee") pursuant to section 1114 of the Bankruptcy Code [Docket No. 317]. On November 17, 2017, the Court appointed M.J. Renick & Associates LLC as the fee examiner in these chapter 11 cases [Docket No. 474]. As of the date hereof, no trustee or examiner has been appointed in these chapter 11 cases.

**COMPENSATION PAID AND ITS SOURCE**

4. All services for which compensation is requested by DLA Piper were performed for or on behalf of the Debtors.

5. During the period covered by this Application, DLA Piper has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between DLA Piper and any other person other than the partners of DLA Piper for the sharing of compensation to be received for services rendered in these chapter 11 cases.

**FEE STATEMENT**

6. The fee statement for DLA Piper for the Compensation Period is attached to this Application as **Exhibit A**.[2]  This statement contains daily time logs, describing the time spent by each attorney and paraprofessional for the Compensation Period.  The hourly rates set forth in **Exhibit A** are those customarily charged by DLA Piper for similar legal services.  DLA Piper's fees for services rendered by lawyers, paralegals, and other professionals are customary and usual in the legal community in which DLA Piper practices.  To the best of DLA Piper's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, Local Rule 2016-2, the Guidelines adopted by the Office of the United States Trustee, and the Administrative Order.

---

[2] DLA Piper uses six separate matter numbers for internal organization and tracking of services provided to the Debtors. **Exhibit A**, attached to this Application, is organized by these matter numbers, as applicable, as well as project categories.

## ACTUAL AND NECESSARY EXPENSES

7. A summary of actual and necessary expenses and daily logs of expenses incurred by DLA Piper during the Compensation Period is attached to this Application as **Exhibit B**. DLA Piper charges its clients $.10 per page for black & white photocopying expenses and $0.80 per page for color photocopying expenses (in accordance with the Local Rules). DLA Piper does not charge its clients for outgoing facsimile transmissions or long-distance carrier charges for outgoing facsimile transmissions.

8. DLA Piper believes the foregoing rates are at or below the market rates that the majority of law firms charge clients for such services. In addition, DLA Piper believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## SUMMARY OF SERVICES RENDERED

9. The partners, associates, and attorneys of DLA Piper, who have rendered professional services in these cases during the Compensation Period are: John Lyons (Partner), Nate McKitterick (Partner), Stuart M. Brown (Partner), Oksana K. Rosaluk (Associate), and Tara Nair (Associate).

10. The paraprofessionals of DLA Piper, who provided services to these attorneys in these cases during the Compensation Period are: William Lee Countryman (Senior Paralegal), Derrell Grant (Litigation Support Analyst), Carolyn B. Fox (Paralegal Specialist), Jenny Ford (Paralegal), and Stephanie Lisko (Paralegal).

11. DLA Piper, by and through the above-named persons, has prepared or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these chapter 11

cases, and has performed all necessary professional services that are described and narrated in detail hereinafter.

## SUMMARY OF SERVICES BY PROJECT

12. The services rendered by DLA Piper during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A** attached hereto. Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could properly be categorized into two or more task codes.

A. **Case Administration**

   **Fees: $2,249.50; Total Hours: 7.90**

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars and filings, as well as preparation of necessary notices and certifications in these chapter 11 cases.

B. **Creditor Inquiries**

   **Fees: $238.50; Total Hours: 0.30**

This category includes all matters related to responding to creditor inquiries.

C. **Asset Sales and Other Disposition of Assets**

   **Fees: $1,192.50; Total Hours: 1.50**

This category includes all matters relating to and including asset sales, procedures for asset sales, and transaction work, including post-closing services, related to asset disposition.

### D. Adequate Protection & Relief from Stay

**Fees: $11,754.00; Total Hours: 14.70**

This category includes all matters relating to research and analysis of issues related to violations of or requests for relief from the automatic stay in the Debtors' bankruptcy cases and related matters. During the Compensation Period, the Debtors and their advisors addressed many issues pertaining to stay issues in connection with David J. Feldman's litigation.

### E. Court Hearings

**Fees: $11,312.50; Total Hours: 29.20**

This category includes all matters relating to the preparation for and attendance of court hearings.

### F. Fee Applications

**Fees: $38,029.50; Total Hours: 76.10**

This category includes all matters relating to the preparation, submission, and prosecution of fee applications filed by professionals retained by the Debtors, the Committee, and the Retiree Committee.

### G. Litigation and Contested Matters

**Fees: $149,927.50; Total Hours: 177.90**

This category includes all matters relating to and including analysis and investigation of, preparation for and prosecution of claims and defenses pertaining to all litigation and contested matters, including without limitation, drafting motions and other papers related to application and enforcement of the automatic stay.

### H. Non-Working Travel

**Fees: $6,267.50; Total Hours: 11.50**

This category includes all non-working travel time and is billed at 50% of the hourly rate.

I. **Regulatory and SEC Matters**

**Fees: $1,033.50; Total Hours: 1.30**

This category includes all matters relating to any regulatory work performed, including responding to inquiries, reports, and investigations commenced by any governmental agency with authority to regulate any aspect of the Debtors' operations and analyzing regulations that may govern the Debtors' operations.

J. **Business Operations/Strategic Planning**

**Fees: $22,766.50; Total Hours: 27.10**

This category includes all issues relating to general debtor in possession business operations in chapter 11.

K. **Financial Reports (Monthly Operating Reports & Schedules & Statements)**

**Fees: $8,214.00; Total Hours: 12.90**

This category includes all matters relating to preparation of amended schedules and statements and monthly operating reports, including collecting data, retrieving documents, communications with the Debtors, the purchaser and U.S. Trustee, and any other applicable activities.

L. **Employee Matters**

**Fees: $3,264.50; Total Hours: 4.00**

This category includes all matters relating to and including review of issues such as severance, retention, 401k coverage, ERISA matters, and termination of pension plans, and retiree benefits plans, including negotiations with the Retiree Committee.

**M.** **Claims Administration and Objections**

**Fees: $4,296.00; Total Hours: 5.60**

This category includes all matters related to claims administration and bar dates, including claims objections and related contested matters.

**N.** **Plan and Disclosure Statement/Business Plans**

**Fees: $115,163.50; Total Hours: 123.20**

This category includes all matters related to the development and drafting of the Combined Plan and Disclosure Statement, proposed jointly by the Debtors and the Committee, and related documents and pleadings and discussions and negotiations with various constituencies regarding the terms of the Combined Plan and Disclosure Statement.

## VALUATION OF SERVICES

13. Attorneys and paraprofessionals of DLA Piper have expended a total of 493.20 hours in connection with this matter during the Compensation Period, as follows:

| Name of Professional Individual | Hours | Amount |
|---|---|---|
| Lyons, John | 86.20 | $ 93,958.00 |
|  | 11.50 | 6,267.50 |
| McKitterick, Nate | 32.30 | 36,822.00 |
| Brown, Stuart M. | 51.30 | 54,891.00 |
| Rosaluk, Oksana Koltko | 139.80 | 111,141.00 |
| Nair, Tara | 84.50 | 45,207.50 |
| Countryman, William Lee | 32.70 | 11,608.50 |
| Fox, Carolyn B. | 40.40 | 11,514.00 |
| Ford, Jenny | 6.00 | 1,680.00 |
| Lisko, Stephanie A. | 3.70 | 1,036.00 |
| Grant, Derrell | 4.80 | 1,584.00 |
| **TOTALS** | **493.20** | **$375,709.50** |

The nature of the work performed by these persons is fully set forth in **Exhibit A** attached hereto. The reasonable value of the services rendered by DLA Piper to the Debtors during the Compensation Period is $375,709.50.

14. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by DLA Piper is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, DLA Piper has reviewed the requirements of Local Rule 2016-2 and believes that this Application is in compliance therewith.

**WHEREFORE**, DLA Piper respectfully requests that the Court authorize (a) that for the period from April 1, 2018, through November 29, 2018, an allowance be made to DLA Piper pursuant to the terms of the Administrative Order, with respect to the sum of $375,709.50 as compensation for actual, reasonable, and necessary professional services rendered (80% of which is $300,567.60) and the sum of $7,087.90 as reimbursement of actual and necessary costs and expenses, for a total sum of $382,797.40, and that such sums be authorized for payment, and (b) such other and further relief as this Court may deem just and proper.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 14, 2019
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com

-and-

John K. Lyons (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Oksana Koltko Rosaluk (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: john.lyons@dlapiper.com
        daniel.simon@dlapiper.com
        oksana.koltkorosaluk@dlapiper.com

*Counsel to the Debtors*