## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| KII Liquidating Inc. (f/k/a Katy Industries, Inc.), <u>et al.</u>,[1] | Case No. 17-11101 (KJC) |
| Debtors. | (Jointly Administered)<br>Objection Deadline:  February 4, 2019 at 4:00 pm (ET) |

### SUMMARY OF FINAL FEE APPLICATION OF EMERALD CAPITAL ADVISORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 30, 2017 THROUGH NOVEMBER 29, 2018

| | |
|---|---|
| Name of Applicant: | Emerald Capital Advisors |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of KII Liquidating Inc. (f/k/a Katy Industries, Inc.), <u>et al.</u>[1] |
| Date of Retention: | July 17, 2017, *nunc pro tunc* to May 30, 2017 |
| Period for which Final Compensation and Reimbursement is Sought: | May 30, 2017 through November 29, 2018 |
| Amount of Final Compensation and  Sought as Actual, Reasonable and Necessary: | $238,572.50 |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,184.92 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Liquidating Debtors listed above, solely for purposes of notices and communications, is 400 S. Hope Street, Suite 1050, Los Angeles, California 90071 (Attn.: Lawrence Perkins, Chief Restructuring Officer).

Total Compensation Approved to Date:      $203,452.50

Total Reimbursement Approved to Date:      $2,184.92

## PRIOR FEE APPLICATION HISTORY

| Date Filed | Period Covered | Requested | | Approved | | Certification of No Objection |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 10/25/2017 | 5/30/17 - 8/31/17 | $203,452.50 | $2,184.92 | $203,452.50 | $2,184.92 | 11/15/2017 |
| 1/14/2019 | 9/1/17 - 11/29/18 | $35,120.00 | $0.00 | $0.00 | $0.00 | N/A |

## FEE SUMMARY BY TASK CODE

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| 1 | Analysis of Claims / Liabilities | 42.7 | $19,902.50 |
| 2 | Asset Analysis and Recovery | 1.1 | 522.50 |
| 3 | Asset Disposition / §363 Sale Auction | 8.9 | 5,277.50 |
| 4 | Bankruptcy Filings & Document Review | 58.8 | 30,095.00 |
| 5 | Case Administration / Management / Strategy | 61.8 | 30,795.00 |
| 6 | Cash Flow & Liquidity Analysis | 30.3 | 16,047.50 |
| 7 | Committee Related Matters | 56.2 | 30,160.00 |
| 8 | Court Testimony, Preparation & Attendance | 10.1 | 5,392.50 |
| 9 | Debtor Professionals - Meetings / Discussions | 10.5 | 5,657.50 |
| 10 | Due Diligence | 22.9 | 11,677.50 |
| 11 | Financial Review / Analysis / Report Preparation | 97.2 | 41,225.00 |
| 12 | Financing Matters (DIP, Exit, Other) | 7.9 | 3,755.00 |
| 13 | Plan and Disclosure Statement | 5.0 | 2,742.50 |
| 14 | Professional Retention / Fee Application Preparation | 52.8 | 25,105.00 |
| 15 | UCC Professionals - Meetings / Discussions | 14.7 | 8,267.50 |
| 16 | Travel Time Billed at 1/2 Actual Time | 3.9 | 1,950.00 |
| **Total Fees** | | **484.8** | **$238,572.50** |

## FEE SUMMARY BY PROFESSIONAL

| Professional | Title | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John P. Madden | Founder and Managing Partner | $675.00 | 98.7 | $66,622.50 |
| Ryan O'Sullivan | Managing Partner | 650.00 | 21.2 | 13,780.00 |
| Jack Allen | Senior Associate | 500.00 | 114.7 | 57,350.00 |
| Christopher Saitta | Associate | 450.00 | 103.4 | 46,530.00 |
| Daniel Pace | Senior Analyst | 400.00 | 102.5 | 41,000.00 |
| Ryan Feulner | Analyst | 300.00 | 44.3 | 13,290.00 |
| **Total Fees** | | **$492.10** | **484.8** | **$238,572.50** |

## SUMMARY OF EXPENSES

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1)  Ground Transportation (cabs / cars) | $94.68 |
| 2)  Meals | 46.09 |
| 3)  Travel - Lodging | -- |
| 4)  Communication Related | 268.35 |
| 5)  Printing / Copying / Other | 468.50 |
| 6)  Travel - Train | 972.00 |
| 7)  Other / Miscellaneous | 335.30 |
| **Total Disbursements** | **$2,184.92** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | **Chapter 11** |
| In re: | ) | |
| | ) | **Case No. 17-11101 (KJC)** |
| **KII Liquidating Inc. (f/k/a Katy Industries, Inc.), et** | ) | |
| **al.,**[1] | ) | **(Jointly Administered)** |
| **Debtors.** | ) | **Objection Deadline:  February 4, 2019 at 4:00 pm (ET)** |
| | ) | |

**FINAL FEE APPLICATION OF EMERALD CAPITAL ADVISORS FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**MAY 30, 2017 THROUGH NOVEMBER 29, 2018**

Emerald Capital Advisors ("Emerald" or the "Applicant") hereby submits this Final Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 30, 2017 through November 29, 2018 (the "Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016, Del. Bankr. L. R. 2016-2, and the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No.155] ("Interim Compensation Order").   By this Application, Emerald, as financial advisor to the Official Committee of Unsecured Creditors in these cases (the "Committee"), seeks final approval of compensation for professional services performed and expenses incurred during the period commencing May 30, 2017 through November 29, 2018 (the "Compensation Period").

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Liquidating Debtors listed above, solely for purposes of notices and communications, is 400 S. Hope Street, Suite 1050, Los Angeles, California 90071 (Attn.: Lawrence Perkins, Chief Restructuring Officer).

Emerald seeks payment of $35,120.00, representing the unpaid amount for the Compensation Period.[2] In support hereof, Emerald respectfully represents the following:

## BACKGROUND

1.      On May 14, 2017 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On May 16, 2017, the Court entered an order [Docket No. 37] authorizing the joint administration and procedural consolidation of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). No request for the appointment of a trustee or examiner has been made in these cases.

3.      On May 26, 2017, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 75].

4.      On May 26, 2017, at a meeting in which a quorum of the members of the Committee, or their duly designated alternates, were present, the Committee voted to retain Drinker Biddle & Reath LLP ("Drinker Biddle") as bankruptcy counsel. On May 30, 2017, the Committee voted to retain Emerald as financial advisor to the Committee.

5.      On June 16, 2017, the Court entered the Interim Compensation Order. The Interim Compensation Order provides that, not earlier than the 15th day of each calendar month,

---

[2] As of the date of this Application, Emerald has received payment in the amount of $205,637.42 on account of its Monthly Fee Applications (defined herein). In the event any portion of the fees and/or expenses requested in this Application are deemed allowed and paid prior to the hearing date on this Application, the amount requested for payment herein will be reduced accordingly.

each Professional (as defined in the Interim Compensation Order) may file an application (a "Monthly Fee Application") with the Court for interim approval and allowance of compensation for services rendered and  reimbursement of expenses incurred during any preceding month or months.  If no objections are raised prior to the expiration of the applicable Objection Deadline (as defined in the Interim Compensation Order), the Professional may file a certificate of no objection with the Court twenty-four hours following the expiration of such Objection Deadline, after which the Debtors are authorized and directed to pay the Professional an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application and (ii) 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application that are not subject to an objection.

6.      On June 26, 2017, the Official Committee of Unsecured Creditors filed the Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisors to the Official Committee of Unsecured Creditors nunc pro tunc to May 30, 2017 [Docket No. 195] (the "Retention Application").

7.      On July 17, 2017, an Order was entered approving the Retention Application [Docket No. 289] (the "Retention Order").

### EMERALD'S PRIOR APPLICATIONS FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

8.      Emerald's monthly fee applications (the "Monthly Fee Applications") for the periods May 30, 2017 through November 29, 2018 have been filed and served pursuant to the Interim Compensation Order.

9.      1.      On October 25, 2017, Emerald filed its First Monthly Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of

Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 30, 2017 through August 31, 2017 [Docket No. 448] (the "First Monthly Fee Application") seeking fees in the total amount of $203,452.50 and expenses in the total amount of $2,184.92.  A Certificate of No Objection was filed for the First Monthly Fee Application on November 15, 2017 [Docket No. 470].

10.     On October 25, 2017, Emerald filed its First Interim Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 30, 2017 through August 31, 2017 [Docket No. 449] (the "First Interim Fee Application") seeking fees in the total amount of $203,452.50 and expenses in the total amount of $2,184.92.

11.     On December 13, 2017, the Court filed the Order Approving the First Interim Fee Application Request of Emerald Capital Advisors for the Period from May 30, 2017 through August 31, 2017 [Docket No. 501] (the "First Interim Fee Order").

12.     On January 14, 2019, Emerald filed its Second Monthly Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 30, 2017 through November 29, 2018 [Docket No. 750] (the "Second Monthly Fee Application") seeking fees in the total amount of $35,120.00 and expenses in the total amount of $0.00.

13.     The Monthly Fee Applications contain detailed time logs describing the actual and necessary services provided by Emerald during the covered period, as well as other detailed information required to be included in fee applications.  The Monthly Fee Applications and Interim Fee Application are incorporated herein by reference.

## REQUEST FOR COMPENSATION AND
## REIMBURSEMENT OF EXPENSES

14.    Emerald submits this Application seeking final allowance of compensation for actual and necessary professional services performed as financial advisor for the Committee in the total amount of $238,572.50, as well as reimbursement for actual and necessary out-of-pocket expenses incurred in the total amount of $2,184.92 for the covered period, and payment according to the procedures set forth in the Interim Compensation Order.  Again, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that have already been filed with the Court.

15.    A summary containing the names of each Emerald professional rendering services for the Committee during the covered period, their customary billing rates, the time expended by each professional, and the total value of time incurred by each professional are attached to the Monthly Fee Applications.  In addition, the Monthly Fee Applications contain detailed time logs reflecting the time recorded for services rendered during the covered period and descriptions of the services provided, identified by project task categories.

16.    Further, the Monthly Fee Applications contain a breakdown of expenses incurred by Emerald during the covered period.  Emerald incurred reasonable and necessary out-of-pocket expenses during the covered period in the amount of $2,184.92, which sum is broken down into categories of charges, as detailed within the Monthly Fee Applications.  Such out-of-pocket expenses included travel expenses, work related meals, telephone and facsimile (outgoing only) charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying (not to exceed $0.10 per page), scanning and printing charges, vendor charges, computerized research, non-ordinary overhead expenses, and other out-of-pocket expenses incurred in providing professional services to the Committee.

17.    With respect to the time and labor expended by the Applicant in these cases, as set forth in the Monthly Fee Applications, Emerald rendered professional services in the combined

total amount of $238,572.50.  The Applicant believes that it is appropriate to be compensated for the time spent in connection with such matters, and to that end, the Applicant has set forth in the Monthly Fee Applications a brief narrative description of the services rendered as financial advisor for the Committee and the time expended, organized by project task categories.  The Applicant has attempted to place the services provided in the category that best relates to such services.  Because certain services may relate to one or more categories, however, services pertaining to one category may be properly included in another category.

18.    The Applicant charged and now requests those fees that are reasonable and customary for similar Chapter 11 cases.  The billing rates set forth in the various summaries of professionals rendering services during the covered period represent billing rates that are below those customarily billed by Emerald.  Moreover, the Retention Order authorizes firm professionals to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. The compensation requested in this Application does not exceed the reasonable value of the services rendered.  Emerald's standard hourly rates for work of this nature are set at a level designed to fairly compensate Emerald for the work of professionals, and the rates applicable to these chapter 11 cases are below Emerald's standard hourly rates.

19.    This Application covers the period from May 30, 2017 through and including November 29, 2018.  Emerald believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Interim Compensation Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

## **CONCLUSION**

WHEREFORE, Emerald respectfully requests that the Court enter an order substantially in the form attached hereto, providing (i) a final allowance be made to the Applicant for compensation for reasonable and necessary professional services performed in the combined total amount of $238,572.50, and for reimbursement of actual and necessary costs and expenses incurred in the combined total amount of $2,184.92 for the period of May 30, 2017 through November 29, 2018, (ii) that the Debtors be authorized and directed to promptly pay to Emerald the outstanding amount of such sums; and (iii) for such other and further relief as may be just and proper.

Dated:  January 14, 2019
        Wilmington, Delaware

Respectfully submitted,

EMERALD CAPITAL ADVISORS

By:  */s/ John P. Madden*
      John P. Madden
      70 East 55th Street, 17th Floor
      New York, NY 10022

      *Financial Advisor for the Official*
      *Committee of Unsecured Creditors of KII*
      *Liquidating Inc. (f/k/a Katy Industries, Inc.)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **KII Liquidating Inc. (f/k/a Katy** | ) | **Case No. 17-11101 (KJC)** |
| **Industries, Inc.), <u>et al.</u>,**[3] | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>CERTIFICATION</u>

John P. Madden, pursuant to 28 U.S.C. § 1786, states as follows:

(a)    I am the Founder and Managing Partner of Emerald Capital Advisors ("Emerald"), a financial advisory firm having expertise in turnaround and bankruptcy issues.   I am a Certified Insolvency and Restructuring Advisor (CIRA).

(b)    I have personally performed some of the services rendered by Emerald as financial advisors to the Committee and am generally familiar with the other work performed on behalf of the Committee by Emerald and staff in the firm.

(c)    I have reviewed the forgoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such Rule.

---

[3]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Liquidating Debtors listed above, solely for purposes of notices and communications, is 400 S. Hope Street, Suite 1050, Los Angeles, California 90071 (Attn.: Lawrence Perkins, Chief Restructuring Officer).

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated: January 14, 2019

_____
John P. Madden
Emerald Capital Advisors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| KII Liquidating Inc. (f/k/a Katy Industries, | ) | **Case No. 17-11101 (KJC)** |
| Inc.), <u>et al.</u>,[1] | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, _____, do hereby certify that, on this 14th day of January, 2019, I caused a true and correct copy of the **FINAL FEE APPLICATION OF EMERALD CAPITAL ADVISORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 30, 2017 THROUGH NOVEMBER 29, 2018** to be served upon the addressees on the attached service list.

By: /s/_____

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Liquidating Debtors listed above, solely for purposes of notices and communications, is 400 S. Hope Street, Suite 1050, Los Angeles, California 90071 (Attn.: Lawrence Perkins, Chief Restructuring Officer).

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| KII Liquidating Inc. (f/k/a Katy Industries, Inc.), <u>et al.</u>,[1] | ) | Case No. 17-11101 (KJC) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### ORDER GRANTING FINAL FEE APPLICATION OF EMERALD CAPITAL ADVISORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 30, 2017 THROUGH NOVEMBER 29, 2018

Upon consideration of the Final Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 30, 2017 through November 29, 2018 (the "Final Fee Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016, and Local Bankruptcy Rule 2016-2; and upon the Court's review of the Final Fee Application; and no objections to the Final Fee Application having been filed; and good cause appearing therefore; it is hereby

ORDERED that the Final Fee Application is GRANTED on a final basis; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Liquidating Debtors listed above, solely for purposes of notices and communications, is 400 S. Hope Street, Suite 1050, Los Angeles, California 90071 (Attn.: Lawrence Perkins, Chief Restructuring Officer).

ORDERED, that to the extent that any of the following amounts have not already been paid, the above-captioned debtors and debtors in possession shall promptly pay Emerald Capital Advisors the amount of $238,572.50 as compensation for services rendered and the amount of $2,184.92 as reimbursement for expenses.

Dated _____, 2019
      Wilmington, Delaware

_____
Kevin J. Carey
United States Bankruptcy Judge