## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KII Liquidating Inc. (f/k/a In re Katy Industries, Inc.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-11101 (KJC)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 745, 748, 749, 751 & 752, 771 |

### OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS

Upon consideration of the final fee applications (collectively, the "Applications") of the professionals (collectively, the "Professionals") referenced on **Exhibit A** attached hereto, pursuant to sections 105(a) and 331 of title 11 of the United States Code, Fed. R. Bankr. P. 2016, the Order of this Court establishing procedures for interim compensation and reimbursement of professionals entered on June 16, 2017 [D.I. 155], and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and after due deliberation and sufficient cause appearing therefor;

**It is hereby ORDERED and ADJUDGED that:**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Debtors listed above, solely for purposes of notices and communications, is c/o Emerald Capital Advisors, 70 East 55th Street, 17th Floor, New York, NY 10022 (Attn.: John P. Madden).

117500004.2

- 2 -

1. The Applications are hereby APPROVED in the amounts set forth on **Exhibit A**.

2. The Professionals are granted allowance of compensation in the amounts set forth on **Exhibit A**.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on **Exhibit A**.

4. The Plan Administrator or its representative is hereby authorized and directed to remit payment to the Professionals in the amounts set forth on **Exhibit A**, less all amounts previously paid on account of such fees and expenses.

5. The court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: March 18, 2019
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

117500004.2