## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>KII Liquidating Inc. (f/k/a In re Katy Industries, Inc.), *et al.,*<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 17-11101 (LSS)<br><br>(Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus

hearing date in the above-captioned case:

**September 12, 2019 at 12:00 p.m.**

**Dated: August 12th, 2019**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

- 2 -

120193589.1